# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Oxbow Solar Professionals, Inc, <br><br> Plaintiff, <br><br> v. <br><br> Borrego Solar Systems, Inc., et al., <br><br> Defendants. | Case No. 20-cv-567 (ECT/DTS) <br><br> **REPORT AND RECOMMENDATION** |

In an order dated July 7, 2021, this Court granted a motion for withdrawal of the attorney representing Oxbow Solar Professionals, Inc. (Oxbow) and counter-claim defendant Morgan Charles Thomas Southard. (Dkt. No. 71) Oxbow was given 30 days to secure new counsel and Southard was given 30 days either to secure new counsel or provide the Court with his contact information to represent himself pro se. If either party failed to do as directed, Borrego was given to permission to seek default judgment.

The deadline has now passed and neither Oxbow nor Southard secured new counsel nor did Southard provide the information required to proceed pro se. Additionally, Borrego did not seek default judgment.

## RECOMMENDATION

Based upon the foregoing, and on all the files, records, and proceedings herein, this Court **RECOMMENDS** that:

1

Plaintiff Oxbow Solar Professionals, Inc.'s action against Borrego Solar Systems, Inc., et al. is **DISMISSED WITHOUT PREJUDICE** in its entirety under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: December 15, 2021                    s/David T. Schultz
                                                         DAVID T. SCHULTZ
                                                         U.S. Magistrate Judge

### NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).