UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Oxbow Solar Professionals, Inc.,                 File No. 20-cv-567 (ECT/DTS)
*d/b/a Oxbow Sunworks*,

         Plaintiff,

v.
                                                  **ORDER ACCEPTING REPORT
                                                  AND RECOMMENDATION**

Borrego Solar Systems, Inc.; Joan M. Wolf,
Dianne W. Redman, and Gary A. Wolf, as
Co-Trustees for the Trust Created Under the
Last Will and Testament of Roman C. Wolf;
Clara City Solar, LLC; Brayden D. Wagner,
as Trustee for the Brayden C. Wagner
Revocable Living Trust; Olinda Trail Solar,
LLC; Ag-Grow, Inc.; Freeport State Bank;
New Munich Solar, LLC; ABC Corporation,
Mary Roe; Joan M. Bredeck, as Trustee for
the Joan Marie Bredeck Revocable Trust;
Stearns Solar I LLC; Morgan Charles
Thomas Southard; MN Solar Gardens LLC;
Northern States Power Company; Stearns
County Regional Rail Authority; and
Stearns County,

         Defendants.

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on December 15, 2021. ECF No. 73. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 73] is **ACCEPTED**;

2. Plaintiff Oxbow Solar Professionals, Inc.'s action against Borrego Solar Systems, Inc., et al. is **DISMISSED WITHOUT PREJUDICE** in its entirety pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 4, 2022         s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court